912 A.2d 1259

IN THE MATTER OF JOHN SCOTT ANGELUCCI, AN
ATTORNEY AT LAW (ATTORNEY NO. 045561991).

January 4, 2007.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **JOHN SCOTT ANGELUCCI** of **DEPTFORD**, who was admitted to the bar of this State in 1992;

And good cause appearing;

It is ORDERED that **JOHN SCOTT ANGELUCCI** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **JOHN SCOTT ANGELUCCI** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **JOHN SCOTT ANGELUCCI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOHN SCOTT ANGELUCCI** comply with *Rule* 1:20–20 dealing with suspended attorneys.